UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

REGINALD FOWLER, )
 )
    *Petitioner*, )
 )    No.: 1:14-cv-256-HSM-WBC
v. )
 )
JAMES M. HOLLOWAY, Warden[1], )
 )
    *Respondent*. )

## MEMORANDUM AND ORDER

This is a petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254. Since it does not plainly appear from the face of the petition that it should be summarily dismissed, the respondent is hereby **ORDERED** to answer or otherwise respond to the petition within thirty (30) days from the date of this Order. Rule 4 of the Rules Governing Section 2254 Cases In The United States District Courts. The respondent should specifically address whether the petition was timely filed and whether the petitioner has exhausted his available state court remedies. 28 U.S.C. §§ 2244(d), 2254(b).

**E N T E R :**



                      /s/ *Harry S. Mattice, Jr.*
                      Harry S. Mattice
                UNITED STATES DISTRICT JUDGE

---

[1] Petitioner has named as respondent the Attorney General of the State of Tennessee. Petitioner is confined in the West Tennessee State Penitentiary and the warden of that facility, James M. Holloway, is the proper respondent. The Clerk is **DIRECTED** to substitute James M. Holloway as respondent in this action.